**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANTHONY WREN, derivatively on
behalf of IROBOT CORPORATION,

                            Plaintiff,              **25 Civ. No. 06625 (JHR) (GS)**
                                                           **ORDER**

                  -against-

GARY COHEN, GLEN D.
WEINSTEIN, JULIE ZEILER,
KARIAN WONG, KAREN GOLZ,
RUEY-BIN KAO, MICHAEL
LOPARCO, EVA MANOLIS,
ANDREW MILLER, JULIAN
MININBERG, and MICHELLE
STACY,

                            Defendants

    and

IROBOT CORPORATION,

                        Nominal Defendant.
------------------------------------------------------------------X
MICHAEL ALPERT, Derivatively
on Behalf of IROBOT
CORPORATION,

                            Plaintiff,            **25 Civ. No. 07352 (JHR) (GS)**

                  -against-

GARY COHEN, KAREN GOLZ,
MICHAEL LOPARCO, EVA
MANOLIS, ANDREW MILLER,
JULIAN MININBERG, MICHELLE
STACY, GLEN D. WEINSTEIN,
RUEY-BIN KAO, KARIAN WONG,
and JULIE ZEILER,

                            Defendants

and

IROBOT CORPORATION,

                              Nominal Defendant.
-------------------------------------------------------------------X
CHARLES GAUDREAULT,
Derivatively on Behalf of IROBOT
CORPORATION,

                              Plaintiff,              **25 Civ. No. 07774 (JHR)**
                                                                               **(GS)**

                      -against-

GARY COHEN, KAREN GOLZ,
MICHAEL LOPARCO, EVA
MANOLIS, ANDREW MILLER,
JULIEN MININBERG, MICHELLE
STACY, GLEN D. WEINSTEIN,
RUEY-BIN KAO, KARIAN WONG,
and JULIE ZEILER,

                              Defendants

and

IROBOT CORPORATION,

                              Nominal Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court has reviewed the letters from counsel at Dkt. Nos. 13-16 concerning the designation of lead plaintiff and lead counsel for these derivative actions. Now that the Rosen Law Firm has filed a derivative action on behalf of Mr. Gaudreault, the standing issues that were previously (and properly) noted by the Brown Law Firm, P.C. and Rigrodsky Law P.A. are moot. Given the filing of the

2

*Gaudreault* action and Mr. Kim's objections to the Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs (Dkt. No. 11), the Court declines to so-order the Stipulation at this time. The Court also rejects Mr. Kim's proposal to defer the designation of Lead Counsel for the derivative actions until after the resolution of the contemplated motion to dismiss the related securities class action, *Savant v. iRobot Corp.*, No. 25 Civ. 5563 (S.D.N.Y.). Accordingly, the Court hereby directs the filing of motions for appointment of lead plaintiff and lead counsel. Plaintiffs' counsel in the three derivative actions shall meet and confer and, by no later than October 31, 2025, propose a schedule for the filing and briefing of the motions.

**SO ORDERED.**

Dated: New York, New York
       October 22, 2025

_____
GARY STEIN
United States Magistrate Judge